# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:20-cr-00089-JB-004 |
| BOBBY JOSEPH DWAYNE PALMER, a/k/a Bobby Wayne Palmer | ) | USMS 10638938 |
| *Defendant* | ) | 2003-0629-1233-J |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    BOBBY JOSEPH DWAYNE PALMER, a/k/a Bobby Wayne Palmer                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE [methamphetamine] (1)

CONTROLLED SUBSTANCE - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (4, 8, 19)

Date: 06/29/2020

City and state: Mobile, AL

*Maria Payne*
*Issuing officer's signature* Deputy Clerk

**CHARLES R. DIARD, JR.**
*Printed name and title*

### Return

This warrant was received on *(date)* 06/29/2020, and the person was arrested on *(date)* 04/28/2021
at *(city and state)* Montgomery, AL.

Date: 04/28/2021

ANDREA JENKINS
Digitally signed by ANDREA JENKINS
Date: 2021.04.28 09:25:48 -05'00'
*Arresting officer's signature*

Andrea Jenkins - Investigative Analyst
*Printed name and title*