IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 20-00089-JB-B |
| BOBBY JOSEPH DWAYNE PALMER | : |

## **MOTION TO PRODUCE**

COMES NOW the undersigned counsel, by and on behalf of the Defendant and moves this Honorable Court to order the Government to produce any and all statements made by Co-Defendants to Law Enforcement in this matter or otherwise statements of the Co-Defendants (some have been produced; but out of an abundance of caution this Motion is being filed) pertaining to or regarding the substance of the matters contained in this indictment.

WHEREFORE premises considered the undersigned respectfully moves this Honorable Court to order the Government to produce documents and/or statements as requested above.

Respectfully submitted,

*/s/ S. Joshua Briskman*
S. JOSHUA BRISKMAN (BRISS5912)
Attorney for Defendant

OF COUNSEL:

**BRISKMAN & BINION, P.C.**
205 Church Street (36602)
Post Office Box 43
Mobile, AL  36601
*T*:  251.433.7600
*F*:  251.433.4485
jbriskman@briskman-binion.com

CERTIFICATE OF SERVICE

     I hereby certify that I have on this the 9th day of July, 2021, electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System which will send notification to all parties to this proceeding.

                               */s/ S. Joshua Briskman*
                               OF COUNSEL